

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 15CR1192-W |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| KRYSTEEN MARIE PIERCE, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

✓ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

✓ of the offense(s) as charged in the Indictment/Information:

21:846 and 841(a)(1) - Conspiracy to Distribute Marijuana

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/6/15

Ruben B. Brooks
U.S. Magistrate Judge