Case 3:15-cr-01192-W   Document 35   Filed 07/06/15   PageID.39   Page 1 of 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



FILED
JUL 0 6 2015
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>KRYSTEEN MARIE PIERCE,<br><br>                Defendant. | CASE NO. 15CR1192-W<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

✓ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

✓ of the offense(s) as charged in the Indictment/Information:

21:846 and 841(a)(1) - Conspiracy to Distribute Marijuana

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/6/15

Ruben B. Brooks
U.S. Magistrate Judge